UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**VINAYAK, LLC,**

   Plaintiff,

v.                                                                  No. 4:25-cv-00386-P

**BERKSHIRE HATHAWAY DIRECT
INSURANCE CO.,**

   Defendant.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order (ECF No. 6), this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **21st day of May 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE